No. 09-9359. Charles J. Eato, Petitioner v. Florida.

559 U.S. 1109, 130 S. Ct. 2408, 176 L. Ed. 2d 928, 2010 U.S. LEXIS 3691.

May 3, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 21 So. 3d 823.

No. 09-9361. Ronald Wayne Edmond, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

559 U.S. 1109, 130 S. Ct. 2408, 176 L. Ed. 2d 928, 2010 U.S. LEXIS 3827.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-9363. Lonnie Weaver, Petitioner v. Mississippi.

559 U.S. 1109, 130 S. Ct. 2408, 176 L. Ed. 2d 928, 2010 U.S. LEXIS 3788.

May 3, 2010. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

No. 09-9367. Edward Lopez De La Cruz, Petitioner v. Barry Larson, Warden, et al.

559 U.S. 1109, 130 S. Ct. 2408, 176 L. Ed. 2d 928, 2010 U.S. LEXIS 3727.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-9370. Tremaine D. Williams, Petitioner v. Oklahoma.

559 U.S. 1109, 130 S. Ct. 2409, 176 L. Ed. 2d 928, 2010 U.S. LEXIS 3714.

May 3, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

No. 09-9373. Albert F. Lankster, Petitioner v. City of Linden, Alabama.

559 U.S. 1109, 130 S. Ct. 2409, 176 L. Ed. 2d 928, 2010 U.S. LEXIS 3778.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-9377. Andre Banks, aka Michael Banks, Petitioner v. Illinois.

559 U.S. 1109, 130 S. Ct. 2409, 176 L. Ed. 2d 928, 2010 U.S. LEXIS 3681.

May 3, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 393 Ill. App. 3d 1099, 368 Ill. Dec. 915, 985 N.E.2d 722.

No. 09-9378. Lester Alford, Petitioner v. Mike Power, Administrator, East Jersey State Prison, et al.

559 U.S. 1109, 130 S. Ct. 2409, 176 L. Ed. 2d 928, 2010 U.S. LEXIS 3729.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.